IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICONTROL NETWORKS, INC., a Delaware corporation, | CASE NO.: 1:15-cv-01109-GMS |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| ZONOFF, INC., a Delaware corporation, | |
| Defendant. | |

## DECLARATION OF JAMES C. YOON IN SUPPORT OF ICONTROL'S OPPOSITION TO ZONOFF'S MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT

I, James C. Yoon, hereby declare that:

1. I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel for Plaintiff Icontrol Networks, Inc. ("Icontrol") in the above-referenced consolidated actions. I submit this declaration in support of Icontrol's Opposition to Zonoff's Motion to Dismiss and for a More Definite Statement. The matters set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of an e-mail exchange between myself and Thomas Kenworthy, counsel for Zonoff, dated February 9 through February 10, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 16, 2016, at Palo Alto, California.

_____
James C. Yoon

# YOON DECLARATION

# EXHIBIT 1

-----Original Message-----
From: Kenworthy, Thomas B. [mailto:tkenworthy@morganlewis.com]
Sent: Wednesday, February 10, 2016 7:42 AM
To: Yoon, James
Cc: Procaccio-Flowers, Mary; Mary B. Matterer; Connolly, Colm F.; Barillare, Jody C.; Davis, Kenneth J.; Gorman, John V.; Goldemberg, Julie S.
Subject: Second Zonoff Case

Jim:

This discussion is not practicable until after the pleadings are closed, and as to when the asserted claims must be identified, it is Zonoff's position, as reflected in the pending motion to dismiss and for a more definite statement, that Icontrol was obliged to do so in its complaint. Icontrol's response to that motion is due next Monday.

Best regards,

Tom


Thomas B. Kenworthy
Morgan, Lewis & Bockius LLP
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5702 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 tkenworthy@morganlewis.com |
www.morganlewis.com
Assistant: Beverly Ann Stevenson | +1.215.963.5703 | bstevenson@morganlewis.com


-----Original Message-----
From: Yoon, James [mailto:JYoon@wsgr.com]
Sent: Tuesday, February 09, 2016 11:58 AM
To: Kenworthy, Thomas B.
Cc: Procaccio-Flowers, Mary
Subject: Second Zonoff Case

Tom,

Hope all is well.

We would like to discuss the timing of the 15-1109 case, including a schedule for Icontrol's identification of asserted claims and the exchange of contentions.

We believe it will be useful to resolve this issue now, rather than burden the Court with this discussion later in the case.

Let's talk this week.

Talk to you soon,

Jim


James Yoon
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Direct: (650) 320-4726
Cell: (650) 714-8493
Email: jyoon@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above.  This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you may not review, copy or distribute this message.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message.