IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICONTROL NETWORKS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ZONOFF, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO.: 1:14-cv-01199-GMS |
| ICONTROL NETWORKS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ZONOFF, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO.: 1:15-cv-01109-GMS |

**STIPULATION AND ORDER OF CONSOLIDATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, and subject to the approval of the Court that:

WHEREAS, Icontrol filed the action Icontrol v. Zonoff, Case No. 1:14-cv-01199-GMS ("the 14-1199 Case") on September 16, 2014 and further filed the action Icontrol v. Zonoff, Case No. 1:15-cv-01109-GMS ("the 15-1109 Case") on November 30, 2015;

WHEREAS, on June 23, 2016, Icontrol and third party Alarm.com announced that Alarm.com will acquire two Icontrol business units related to Icontrol's Connect and Piper products, respectively (*see* http://www.alarm.com/about/press/PressGeneric.aspx?cmid=352);

WHEREAS, the Connect and Piper products relate to issues in at least the 14-1199 case, including for example Icontrol's contention that Connect and Piper practice certain claims of the asserted patents in that case;

WHEREAS, Alarm.com's pending acquisition of Icontrol's Connect and Piper business units raises certain issues in the 14-1199 case for which the parties agree a fact discovery extension in the 14-1199 case is appropriate;

WHEREAS, the 14-1199 and 15-1109 cases involve common issues of law and fact, including the same plaintiff, the same defendant, substantially overlapping Icontrol products (embodying claims of the various asserted patents), and substantially overlapping sets of accused Zonoff products;

WHEREAS, the parties have met, conferred, and agree that in light of the above, the 14-1199 and 15-1109 cases can now be most expeditiously resolved by consolidating the two cases (at least for pre-trial purposes) and to proceed on the same schedule to be established in accordance with procedures set forth in the "Order Re: Case Management in Civil Cases" issued in the 15-1109 case (D.I. 16); and

WHEREAS, consolidating the 14-1199 and 15-1109 cases in this manner will promote judicial economy, enhance efficiency, and conserve the resources of the Court and the parties;

Now therefore, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The above-captioned actions shall be consolidated for pretrial matters pursuant to Fed. R. Civ. Proc. 42.
2. The propriety of consolidating the above-captioned cases for purposes of trial shall be considered at such time as may be appropriate.

3. Any prior schedule set in the 14-1199 case is hereby vacated. Hereafter, all papers will be filed under the 15-1109 case (Civil Action No. 15-cv-01199-GMS), unless and until the Court orders otherwise. The proposed Scheduling Order submitted on July 22, 2016 in the 15-1109 case shall govern the consolidated actions.

Dated: July 29, 2016

Respectfully submitted,

/s/ Mary B. Matterer
Richard K. Herrmann, Esquire (I.D. No. 405)
Mary B. Matterer, Esquire (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Plaintiff
Icontrol Networks, Inc.*

/s/ Jody C. Barillare
Colm F. Connolly, Esquire (I.D. No. 3151)
Jody C. Barillare, Esquire (I.D. No. 5107)
MORGAN, LEWIS & BOCKIUS LLP
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, Delaware 19801
302.574.7290
colm.connolly@morganlewis.com
jody.barillare@morganlewis.com

*Attorney for Defendant
Zonoff Inc.*

SO ORDERED this 29th day of July, 2016

The Honorable Gregory M. Sleet